| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lawson, David M | 2. Court or Organization<br><br>U.S. District Court, E.D. Mich | 3. Date of Report<br><br>4/28/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>214 Post Office Building<br><br>Bay City, MI 48078 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director | Oakland County Bar Association |
| 2. | Trustee | Trust #1 (See note Part VIII) |
| 3. | Custodian | Custodian account #1 |
| 4. | Custodian | Custodian account #2 |
| 5. | Custodian | Custodian account #3 |
| 6. | Director | High Sierra, Inc. |

# II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED May 3 10 45 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 6/2004 | S.E.A.K., Inc. (Seminar taught) | 1500.00 |
| 2. | 5/2004 | Rutter Group (seminar taught) | 500.00 |
| 3. | 11/2004 | S.E.A.K., Inc. (seminar taught) | 1500.00 |
| 4. | 8/2004 | S.E.A.K., Inc. (Royalty) | 1500.00 |
| 5. | 1/2004 | Thomas M. Cooley Law School (Teaching) | 20000.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-6/2004 | OE Learning, Inc. |
| 2. | 10-12/04 | State of Michigan |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | S.E.A.K., Inc. | Orlando, Florida, November 5-7, 2004 Medical Witness Seminar (Travel, Lodging, Food) |
| 2. | The Rutter Group | Detroit, Michigan, May, 2004 (Mileage expense) |
| 3. | S.E.A.K., Inc. | Hyannis, Massachusetts, June 22-24, 2004 Expert Witness Seminar (Travel, Lodging, Food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** . (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Detroit Edison Co. common stock | A | Dividend | J | T | | | | | |
| 2. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 3. Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4. CGM Advisor Targeted Eq (f/k/a CDC Nvest Class A) | A | Dividend | K | T | | | | | |
| 5. CDC Nvest Star Fund A (f/k/a Nvest Value Fund A) | A | Dividend | J | T | | | | | |
| 6. Harris Assoc Large Cap (f/k/a CDC Nvest Growth & Income A) | A | Dividend | J | T | | | | | |
| 7. Certificates of Accrual Treasury Series X | | None | J | T | Redemption | 1/14 | K | D | |
| 8. CNL Income Fund XIV Ltd. | A | Dividend | J | T | | | | | |
| 9. Wells Real Estate Investment Fund VI | A | Dividend | J | T | | | | | |
| 10. Bond Fund of America | A | Dividend | J | T | | | | | |
| 11. New Economy Fund | A | Dividend | J | T | | | | | |
| 12. New Perspective Fund | A | Dividend | J | T | | | | | |
| 13. ISI Total Return Treasury Fund ▉ (Custodian) | B | Dividend | J | T | | | | | |
| 14. Ivnesco Industrial Income Fund (Custodian) | A | Dividend | J | T | Sold | 6/18 | J | A | |
| 15. Invesco Industrial Income Fund | A | Dividend | J | T | Sold | 6/18 | J | A | |
| 16. NCR Corp common stock | | None | J | T | | | | | |
| 17. High Sierra, Inc. | | None | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. CH Ventures, L.L.C. | | None | J | T | Terminated | 12/31 | J | A | |
| 19. Vanguard Fixed Income GNMA Fund | A | Dividend | L | T | | | | | |
| 20. Eaton Value Income Fund of Boston | A | Dividend | J | T | | | | | |
| 21. Massachusetts Investors Growth Stock Fund Class A | A | Dividend | K | T | Sold | 3/17 | K | D | |
| 22. Putnam International Growth Class A | A | Dividend | K | T | Sold | 3/17 | L | C | |
| 23. Fidelity Managed Income Portfolio | A | Interest | J | T | Liquidated | 1/14 | J | A | |
| 24. Trust #1 | D | Interest & D | N | T | Terminated | 12/15 | N | E | See note in Part VIII |
| 25. - Cash assets | | | | | | | | | See note in Part VIII |
| 26. - Allstate Life Insurance | | | | | Liquidated | 2/15 | | | See note in Part VIII |
| 27. - Government Bonds | | | | | Sold | 4/15 | | | See note in Part VIII |
| 28. - Detroit Edison Stock | A | Dividend | K | T | Sold | 6/5 | | | See note in Part VIII |
| 29. MFS Value Fund | A | Dividend | J | T | | | | | |
| 30. Ivy Small Cap (f/k/a W & R Small Cap Growth A) | A | Dividend | J | T | Sold | 3/17 | K | A | |
| 31. Growth Fund of America | A | Dividend | J | T | Buy | 6/18 | J | | |
| 32. Growth Fund of America (Custodian) | A | Dividend | J | T | Buy | 6/18 | J | | |
| 33. Europacific Growth Fund | B | Dividend | L | T | Buy | 3/18 | L | | |
| 34. Pbhg Strategic Small Company Fund | B | Dividend | K | T | Buy | 3/18 | K | | |
| 35. Growth Fund of America | A | Dividend | K | T | Buy | 3/18 | K | | |

1. Income/Gain Codes    A = $1,000 or less    B = $2,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $26,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Courtland General Money Market Fund | A | Interest | K | T | Opened | 1/14 | K | | |
| 37. Short Term U.S. Govt. Cl. B. fund | B | Interest | J | T | Opened | 1/14 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. Trust # 1 was terminated. The assets were liquidated and distributed to the beneficiaries.

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa _____     Date___April 28, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544